IN RE C.J.B.

[Cite as *In re C.J.B.*, 121 Ohio St.3d 361, 2009-Ohio-1515.]

(No. 2008–2278—Submitted March 25, 2009—Decided April 7, 2009.)

---

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *In re L.A.B.*, 121 Ohio St.3d 112, 2009-Ohio-354, 902 N.E.2d 471, to the extent the court of appeals held that Juv.R. 29 does not apply to probation revocation hearings. The cause is remanded to the juvenile court for further proceedings consistent with *In re L.A.B.*

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Timothy Young, Ohio Public Defender, and Angela Miller, Assistant Public Defender, for appellant, C.J.B.